IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12CR171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE LIOI |
| v. | ) | |
| | ) | |
| JOHN W. MOORHEAD, II, | ) | NOTICE OF RELATED CASE |
| | ) | |
| Defendant. | ) | |

Counsel for the government respectfully notifies the Court, pursuant to Administrative Order No. 160, that the above-captioned case is related to a case on the docket of the Honorable Donald C. Nugent, bearing Case No. 1: 12CR115, captioned United States v. Eric Lamont Good. The cases are related in that they arise from the same undercover operation conducted by the Department of Homeland Security, Homeland Security Investigations, formerly known as ICE, and involve use of the same expert witnesses by the government regarding the modification chips used to circumvent the copyright protection features designed into the video game consoles by Nintendo.

Other related cases arising from the same undercover operation include: United States v. William Silvius, Case No. 1:12CR172 (Judge Boyko); United States v. Louis W. Daniels, Case No. 1:12CR173 (Judge Boyko); United States v. Adam S. Urban, Case No. 1:12CR174 (Judge Pearson); United States v. Hieu Trang Tran aka Jack Lee, Case No. 1:12CR175 (Judge Pearson);

United States v. Robert L. Amos, Case No. 1:12CR176 (Judge Nugent); United States v. Jeffrey J. Reichert, Case No. 1:12CR177 (Judge Wells); United States v. Leslie Lei aka Leslie Louie, Case No. 1:12CR178 (Judge Dowd); United States v. Manuel Diaz Marta, Case No. 1:12CR179 (Judge Gaughan); and United States v. Christiano D. Budiman, Case No. 1:12CR180 (Judge Lioi).

        Respectfully submitted,

        STEVEN M. DETTELBACH
        United States Attorney

By:   /s/ Robert W. Kern
        Robert W. Kern (#0005161)
        Assistant U.S. Attorney
        400 United States Courthouse
        801 West Superior Avenue
        Cleveland, Ohio  44113
        Phone: (216) 622-3836
        Fax: (216) 522-2403
        Robert.Kern@usdoj.gov

By:   /s/ Chelsea S. Rice
        Chelsea S. Rice
        Assistant U.S. Attorney
        400 U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        Phone: (216) 622-3752
        Fax: (216) 522-8355
        Chelsea.Rice@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    /s/ Robert W. Kern
Robert W. Kern
Assistant U.S. Attorney