UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: July 23, 2012

CASE NO. 1:12 CR 171

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

JOHN MOORHEAD

APPEARANCES:   Plaintiff: ~~Robert Kern, Esq. Auditor~~ Chelsea Rice, Esq.

Defendant: Joseph Triscaro, Esq.

PROCEEDINGS: Pre-trial held; all parties represented. Discovery on-going. Trial date set for 9/25/12 @ 8:30 AM. Final pre-trial 8/21/12 @ 9:30 AM. Both parties notified of trial date.

Jennifer Stanforth
LAW CLERK

Length of Proceedings: 15 MIN.