IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:12CR171 |
| *Plaintiff,* | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| JOHN W. MOORHEAD, II | : | |
| *Defendant.* | : | |

**NOTICE OF SERVICE OF DEFENDANT'S PRODUCTION OF
GOVERNMENT'S RECIPROCAL DOCUMENT REQUESTS**

Now comes Defendant, John W. Moorhead, II, by and through his undersigned counsel, and hereby gives notice that he has served his Production of Government's Reciprocal Document Requests to Plaintiff's counsel of record.

Respectfully submitted,

/S/ *Robert P. DeMarco*
Robert P. DeMarco (#0031530)
Joseph J. Triscaro (#0081209)
DeMARCO & TRISCARO, LTD.
30505 Bainbridge Road, Suite 225
Solon, Ohio 44139
Tel (440) 248-8811
Fax (440) 248-1955
Email: rpdatty@sbcglobal.net
jtriscaro@demarcotriscaro.com

*Attorneys for Defendant
John W. Moorhead, II*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2012, a copy of the foregoing *Notice of Service of Defendant's Production of Government's Reciprocal Document Requests* was filed electronically. Notice of this filing will be sent by operation of the Court electronic filing system. Parties may access this filing through the Court's system.

/S/ *Robert P. DeMarco*
Robert P. DeMarco (#0031530)
Joseph J. Triscaro (#0081209)
DeMARCO & TRISCARO, LTD.

*Attorneys for Defendant*
*John W. Moorhead*