UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: August 21, 2012

CASE NO: 1:12 CR 171

COURT REPORTER: None

FINAL PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

JOHN MOORHEAD

APPEARANCES: Plaintiff: Robert Kern, Esq. And Chelsea Rice, Esq.

Defendant: Joseph Triscaro, Esq.

PROCEEDINGS: P.T. held w/ all counsel present. Df. needs to find an expert — Trial remains 9/25/12 Trial J1-set 10/16/12 @ 8:30am

*/s/ Donald C. Nugent*

Length of Proceedings: 15 MIN