IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR171 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | UNITED STATES OF AMERICA'S |
| | ) | NOTICE OF SUPPLEMENTAL |
| | ) | DISCOVERY PRODUCTION |
| JOHN W. MOORHEAD, II, | ) | PURSUANT TO RULE 16 |
| | ) | OF THE FEDERAL RULES |
| Defendant. | ) | OF CRIMINAL PROCEDURE |
| | ) | |

Now comes the United States of America, by its counsel, Steven M. Dettelbach, United States Attorney, and Robert W. Kern and Chelsea Rice, Assistant U.S. Attorneys, and hereby gives notice that the following will be produced to counsel of record for the defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, on October 9, 2012, by mailing a copy, postage prepaid to Attorney Robert DeMarco:

1. Eleven (11) CD-R disks containing scanned copies of business records and other documents obtained during the execution of the search warrant at defendant's premises on August 1, 2007.

The originals of the scanned records contained on the enclosed CD disks are in possession of Homeland Security Investigations, Cleveland Field Office, and have been available for inspection and review by defense counsel since the original discovery production was made by the government in May 2012.  Copies of the CD's are being provided to defense counsel at this time for his convenience.

                                        Respectfully submitted,

                                        STEVEN M. DETTELBACH
                                        United States Attorney

By:    /s/ Robert W. Kern
        Robert W. Kern (0005161)
        Assistant U.S. Attorney
        Suite 400, U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        Tel. No. (216) 622-3836
        Fax No. (216) 522-2403
        E-mail: robert.kern@usdoj.gov

By:    /s/ Chelsea S. Rice
        Chelsea S. Rice (0076905)
        Assistant U.S. Attorney
        Suite 400, U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        Tel. (216) 622-3752
        Fax (216) 522-8355
        E-Mail: Chelsea.Rice@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Robert W. Kern
        Robert W. Kern
        Assistant U.S. Attorney