UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before  DATE: October 16, 2012
**DONALD C. NUGENT**
United States District Judge  CASE NO. 1:12 CR 171

COURT REPORTER: Sue Trischan

Waiver of Speedy Trial

UNITED STATES OF AMERICA

    -VS-

JOHN MOORHEAD

APPEARANCES:    Plaintiff: Robert Kern, Esq. And Chelsea Rice, Esq.

                      Defendant: Robert DeMarco, Esq.

PROCEEDINGS: The defendant waived speedy trial and executed on the record until January 31, 2012.  The trial date is continued by agreement of all counsel.  A pretrial is scheduled for December 4, 2012 at 10:00 a.m.

                                            Jeane M. Wells Ruprecht
                                            Courtroom Deputy

Length of Proceedings: __20 minutes_____